**LANDMAN CORSI BALLAINE & FORD P.C.**
One Gateway Center, Suite 400
Newark, New Jersey 07102-5311
(973) 623-2700
Attorneys for Defendant
National Railroad Passenger Corporation

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLARE MATHESON, BEVERLY MATHESON AND NAVONA MATHESON, | : Civil Action No.: 02-2994 |
| Plaintiffs, | : |
| v. | : |
| NATIONAL RAILROAD PASSENGER CORPORATION, | : **NOTICE OF MOTION FOR PRO HAC VICE APPLICATION OF DEBORAH D'ANGELO** |
| Defendant/Third-Party Plaintiff | : |
| v. | : |
| CARTON SALES & MANUFACTURING CO., TIM-BAR CORPORATION | : |
| Third-Party Defendants X | : |

To:  Jeffery S. Pearson, Esq.          Robert J. Foster, Esq.
     Solomon, Berschler, Warren,        Reger & Rizzo, LLP
     Schatz & Flood, P.C.               Parkview Tower
     522 Swede Street                   1150 First Avenue
     Norristown, PA 19401-4834          King of Prussia, PA 19406

PLEASE TAKE NOTICE that the undersigned, attorneys for defendant National Railroad Passenger Corporation ("Amtrak"), shall apply to the United States District Court for the Eastern District of Pennsylvania for an Order, admitting Deborah D'Angelo, Esq. pro

283152.1 DocsNJ

hac vice.

In support hereof, defendant shall rely upon the Certification of John A. Bonventre, Esq., Certification of Deborah D'Angelo, Esq. and proposed form of Order.

                                                             John A. Bonventre, Esq.
                                                           I.D. No.: 77367

Dated:  May 15, 2003

## **CERTIFICATION**

    I hereby certify that the original of the within Notice of Motion and supporting documents have been delivered via regular mail to the Clerk at the United States District Court of the Eastern District of Pennsylvania, United States Courthouse, 601 Market Street, Room 2609 in Philadelphia, Pennsylvania, and that a copy has been delivered via regular mail to plaintiff's attorney and third-party defendant on May 1, 2003.

_____
John A. Bonventre, Esq.
I.D. No.: 77367

Dated:  May 14, 2003