LANDMAN CORSI BALLAINE & FORD P.C.
One Gateway Center, Suite 400
Newark, New Jersey 07102-5311
(973) 623-2700
Attorneys for Defendant
National Railroad Passenger Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLARE MATHESON, BEVERLY MATHESON AND NAVONA MATHESON,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>CARTON SALES & MANUFACTURING CO., TIM-BAR CORPORATION<br><br>Third-Party Defendants | Civil Action No.: 02-2994<br><br><br><br>CERTIFICATION OF DEBORAH D'ANGELO, ESQ. |

Deborah D'Angelo, Esq., hereby certifies as follows:

1. I am an attorney and am counsel to defendant National Railroad Passenger Corporation ("Amtrak"), which is located in Washington, D.C. and engages in business in Philadelphia, Pennsylvania.

2. I am a member in good standing of the Bar of the State of

283159.1 DocsNJ

New Jersey.  I also am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

    3.   For the reasons set forth below, I respectfully request that I be admitted pro hac vice to represent Amtrak in this action.

    4.   Amtrak wishes me to assist in its defense in this action because I am familiar with the facts relevant to this matter.

    5.   For these reasons, I respectfully submit that there is good cause for this pro hac vice admission.

    6.   John A. Bonventre, Esq. will remain the attorney of record in this matter.

    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      _____
                                                      Deborah D'Angelo

DATED:    May 15, 2003