**LANDMAN CORSI BALLAINE & FORD P.C.**
One Gateway Center, Suite 400
Newark, New Jersey 07102-5311
(973) 623-2700
Attorneys for Defendant
National Railroad Passenger Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLARE MATHESON, BEVERLY MATHESON AND NAVONA MATHESON,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>CARTON SALES & MANUFACTURING CO., TIM-BAR CORPORATION<br><br>Third-Party Defendants | Civil Action No.: 02-2994<br><br><br><br><br><br><br>CERTIFICATION OF JOHN A. BONVENTRE, ESQ. IN SUPPORT OF THE PRO HAC VICE APPLICATION OF DEBORAH D'ANGELO, ESQ. |

John A. Bonventre, Esq., hereby certifies as follows:

1.  I am a member of the bar of this Court and a member of Landman Corsi Ballaine & Ford P.C., attorneys for defendant National Railroad Passenger Corporation ("Amtrak"), in the above matter.

2.  This certification is made in support of Amtrak's application for pro hac vice admission of Deborah D'Angelo, Esq.

3.  Deborah D'Angelo, Esq. is counsel to Amtrak and is most

283158.1 DocsNJ

familiar with the facts governing this case. Because of this, Amtrak desires that Ms. D'Angelo represent it in this matter.

4. Further, pursuant to Local Rule of Civil Procedure 83.5.2(a) I, John A. Bonventre, Esq., will serve as counsel of record upon whom all pleadings, motions, notices and other papers can be served conformably to the Federal Rules of Civil Procedure and the rules of this Court.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
John A. Bonventre
I.D. No.: 77367

DATED: May 15, 2003