IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLARE MATHESON, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2994 |
| AMTRAK, et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on November 6, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*NO CONTINUANCES WITHOUT
COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date: August 14, 2003

Copies:   Carole Silver, Courtroom Deputy to Judge Weiner
Docket Clerk - Case File

Counsel:   Jeffrey S. Pearson, Esq.
Deborah D'Angelo, Esq.
John A. Bonventre, Esq.
Robert J. Foster, Esq.

ARB2.FRM